UNITED STATES DISTRICT COURT
SOUTNERN DISTRICT OF NEW YORK

John Doe,
              Plaintiff,

    -against-

Judges Jill Konviser, Sup. Ct. NYC
Judge  Andrias, J.P.
Judge  Friedman,
Judge   Moskowitz,
Judge  Freedman,
Judge  Manzanet-Daniels,
New York State Board Of Examiners,
Shotty Johnson, N.Y. City Police monitoring unit
City of New York
Daily News Newspaper, L.P.
              Defendant(s)



12 CV 9017

REQUEST TO PROCEED AS A
POOR PERSON IN A CIVIL
PROCEEDING.

1. Comes now John Doe, as the plaintiff in the above entitle case and I hereby request
   To proceed in Forma Pauperis and with out cost or giving security. (96 Civ-1158 (PLK)

   I state that because of my poverty I am unable to pay the costs of said proceeding
   Or to give security there for, and that I believe I am entitle to redress on the Federal
   Questions if no more, because to date the State of New York has refused to
   Comply within the frame work of Due Process.

2. I am currently unemployed because of the label a level three convicted sex offender
   Classification carry within and no one wants to employ them, nor rent you a place
   To stay as the plaintiff live in an abandon building of a deceased person and the
   Building are not even registered with the City of Brooklyn, New York and the
   Only other choice is a shelter, of which you have to find that.

3. I receive only social security in the amount of $ 488.00 a month, and 94 dollars in
   Food stamps and without the availability of the building abandon by the City I
   Would be sleeping on the street all because of a "Stigma Plus label illegally place
   See( Ex. __A__ ) ss proof, and abandon building proof( Ex __B__ )

(2)    POOR PERSON APPLICATION

4. The plaintiff does not have the necessary funds to properly prosecute this
   Case without the Court granting some consideration the plaintiff in this
   Case that the plaintiff prays the Court take into consideration.

5. I do not pay rent because of the status of the building that the plaintiff
   Live as the landlord died in 2006 and the building are not no longer
   Registered as a live in tenant building but the City of Brooklyn, New York
   Are well aware of the building which is being operated by the City of Brooklyn
   New York as a continual criminal enterprise, but when no one will rent to
   A person with a label of a Sex Offender level 3 classification and wearing the
   Label. What can you do to change it.

6. The Plaintiff state a special circumstances in these proceeding because the
   Plaintiff pursuant to Title 28 section 1441(a), and 1441(c) seeks to remove
   The SORA hearing to the Federal Court in this complaint and will request
   A Court Order directing the Clerk of the Supreme Court, and The Clerk of the
   Appellate Division First Department to forward all records related to index
   Numbers 3799-72, 4532-72, ( SCID  300-50-00) ( see Ex  C  ) and request
   That a         copy be added to the Court clerk file for any party who claim to
   Missed an exhibits because of all the copies provided previously to the
   Defendants

7. The plaintiff are suing the majority of the defendants in    their official,
              capacities for not only violating the plaintiff civil rights
   while violating a Federal Court injunction that applied to the plaintiff an
   Depriving him of Procedural due Process, with a label higher that label one
   Without complying with the Courts mandates for procedural protection
   While refusing him a hearing  14 years after the Court Order. Injunction
   Doe-v-Pataki 3 F Supp. 2d 456 ( SDNY 1998) that still in effect.

I herein under the penalty of perjury state that all said herein are true to my knowledge
and belief.
                                              Respectfully
                                        John Doe / Curtis Johnson
                                        John Doe aka Curtis Johnson

Ex-A

SOCIAL SECURITY ADMINISTRATION

Date: September 18, 2012
Claim Number: 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DI

CLINTON COLSON J
1355 FULTON ST
2ND FLOOR
VD
BROOKLYN NY 11216-2111

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

   Beginning January 2012, the current
   Supplemental Security Income payment is................$ 488.34

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Date of Birth Information

   The date of birth shown on our records is August 3, 1943.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 866-592-4845. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
1540 FULTON STREET
BROOKLYN, NY 11216

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

~~Security Administration~~
~~Fulton Street~~
~~Brooklyn, NY 11216~~

OFFICE MANAGER

Ex-B

```
              N Y C  D E P A R T M E N T  O F  F I N A N C E
                      P R O P E R T Y   D I V I S I O N


              N A M E   A N D   A D D R E S S   I N F O R M A T I O N


BROOKLYN         BLOCK 1850 LOT   44 EASE   DISTRICT 89   SECTION/VOLUME 06/12

REAL PROPERTY OWNER AND LOCATION:   | REAL ESTATE BILLING NAME AND ADDRESS:
 CHARLIE STOREY                     |  ( DATE ENTERED:06/11/08 )
 1355 FULTON STREET                 |    JEFFERS OSWALD
 BROOKLYN, NEW YORK        11216    |    P.O. BOX   470439
                                    |    JAMAICA       NY     11412-0328
                                    |
------------------------------------+------------------------------------
OWNER FILE NAME AND ADDRESS:        |
   ( DATE ENTERED:11/12/04 )        |
 CHARLIE STOREY                     |
                                    |
 15 VERONA PL                       |
 BROOKLYN             NY 11216-2109 |

PF1:PROP CHARACTERISTICS    PF3:AV HISTORY     PF6:PRINT       PF8:PREV LOT
PF2:AV & EXEMPT VALUES      PF4:EXEMPT INFO    PF7:NEXT LOT    PA1:CANCEL
PA1 (PgUp) TO RETURN TO MENU
```

Ex-C

Supreme Court
of the
State of New York



100 CENTRE STREET
New York, N.Y. 10013

June 18, 2012

Mr. Curtis Johnson
aka Clinton Colson
1355 Fulton Street, Apt #3
Brooklyn, NY 11216

Re: Ind. # 3799-72 (SCID 30050-00)
& 4532-72

Dear Mr. Johnson:

Please be advised that a hearing on your Corr Law 168-o motion has been scheduled before the Hon. Jill Konviser for July 25, 2012. Your attendance is required at this hearing. You must report to Part 96, Room 1306 located at 100 Centre Street at 9:00am.

Very truly yours,

L. Goodwin, SCC
Motion Clerk
Supreme Court - New York County

cc:
ADA Laura Millendorf
Office of the District Attorney
One Hogan Place
New York, NY 10013

ERIC J. SCHNEIDERMAN

EX - C

NOTICE OF ENTRY

Index No. _____  Year 2012

John Doe
Plaintiff

— against —

Judge Jill Konviser Jr
Judge Andrias, Jr
Et al. Defendant(s)

Signature (Rule 130-1.1-a)
John Doe / Curtis Johnson
Print name beneath
John Doe / Curtis Johnson
Pro-Se
Attorney for 917-889-0502
Office and Post Office Address, Telephone
P.O. Box 473512 — Mailing
Brooklyn, N.Y. 11247

PLEASE take notice that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.

Attorney for

Office and Post Office Address

To Attorney General State of N.Y.
Eric T. Schneiderman
Attorney(s) for
120 Broadway 24 Fl.
NYC, 10271

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court, at
on
at           M.
Dated,
Yours, etc.

Attorney for

Office and Post Office Address

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated

Attorney(s) for

1500 · Blumberg Excelsior Inc., NYC 10013

©1995 Blumberg Excelsior, Inc.

STATE OF NEW YORK, COUNTY OF _____ ss.:

I, the undersigned, an attorney admitted to practice in the courts of New York State,

☐ **Certification By Attorney** — certify that the within has been compared by me with the original and found to be a true and complete copy.

☐ **Attorney's Affirmation** — state that I am the attorney(s) of record for _____ in the within action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated: _____

*The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF _____ ss.:

I, the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verification** — in the action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification** — the _____ of a _____ corporation and a party in the within action; I have read the foregoing _____ and know the contents thereof, and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on _____

*The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF _____ ss.:   (If more than one box is check—indicate after names type of service used.)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at

On _____ I served the within

☐ **Service By Mail** — by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ **Personal Service on Individual** — by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*.

☐ **Service by Electronic Means** — by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service** — by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.