UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
John Doe,

        Plaintiff/Petitioner(s),           ORDER GRANTING IFP APPLICATION

  -against-                                 12 Civ. 9017 ( UA )

Judge Jill Konviser, et al.,

        Defendant/Respondent(s).
-------------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915.

    SO ORDERED:

                                                *Loretta A. Preska*
                                                LORETTA A. PRESKA
                                              Chief United States District Judge

Dated: May 10, 2013
          New York, New York